**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND SCURKO, : | |
| : | |
| Plaintiff, : | Civil Action No. 10-2507 (JAP) |
| v. : | |
| : | **ORDER** |
| NEW JERSEY STATE POLICE, et al., : | |
| : | |
| Defendants. : | |

Presently before the Court is plaintiff Raymond Scurko's Motion to Remand this matter to the Superior Court of New Jersey, Law Division, Somerset County. Docket Entry No. 2. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 6th day of July, 2010,

**ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, without costs or sanctions, and this matter be remanded to the Superior Court of New Jersey, Law Division, Somerset County.

**ACCORDINGLY,** this case is **CLOSED**.

/s/ JOEL A. PISANO
United States District Judge